UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDY G. MOLINA,

   Plaintiff,       Case No. 2:26-cv-2158-KCD-KRH

  v.

FEDERAL HOME LOAN
MORTGAGE CORPORATION,
FREDDIE MAC,

   Defendant.

_____/

## <u>ORDER</u>

To initiate this action, Plaintiff Andy G. Molina filed an "emergency motion for temporary restraining order and preliminary injunction." (*See* Doc. 1.) Molina's motion does not properly initiate a civil action in this Court. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the Court."). The Court thus dismisses this case without prejudice. Because the dismissal is without prejudice, Molina may pursue a new case by filing a proper complaint—not using this case number—and include the filing fee or motion to proceed *in forma pauperis*.

Accordingly, it is **ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**ORDERED** in Fort Myers, Florida on July 16, 2026.

Kyle C. Dudek
United States District Judge